AURORA KOBLACK, Appellant, *v.* HENRY D. CROTEAU, Respondent.

Argued April 16, 1946; decided May 29, 1946.

*Edward T. Kruglak* for appellant.
*Thomas P. O'Malley* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that the evidence presented an actual issue of fact in respect to the ownership of the vehicle. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and DYE, JJ. Dissenting: DESMOND and THACHER, JJ.